```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**KAREN MILLER,**

       Plaintiff

v.                                         Civil Action No. 2:07-00613

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

       Defendant

<u>MEMORANDUM OPINION AND ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on February 5, 2009; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; and the magistrate judge having further recommended that the court grant defendant's motion for judgment on the pleadings, affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.   The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated

      **herein;**

2. **The plaintiff's motion for judgment on the pleadings be, and it hereby is, denied;**

3. **The defendant's motion for judgment on the pleadings be, and it hereby is, granted; and**

4. **The decision of the Commissioner be, and it hereby is, affirmed.**

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

                                          DATED:  February 27, 2009

                                          John T. Copenhaver, Jr.
                                          United States District Judge